[No. 67824-8-I. Division One. November 5, 2012.]

GLOBAL EDUCATION SERVICES, INC., *Respondent*, v. MOBAL COMMUNICATIONS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-35544-1, Jim Rogers, J., entered October 6, 2011. *Reversed* and *remanded* by unpublished opinion per Ellington, J. Pro Tem., concurred in by Leach, C.J., and Grosse, J.

[No. 67903-1-I. Division One. November 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FAIVAFALE K. TIMALI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02272-9, Hollis R. Hill, J., entered October 7, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Schindler, JJ.

[No. 68362-4-I. Division One. November 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DEFOREST CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01327-1, Elizabeth P. Martin, J., entered October 22, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Lau, J.

[No. 68454-0-I. Division One. November 5, 2012.]

JONATHAN J. ARRAS, *Respondent*, v. LAURA G. McCABE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-04793-0, Joan E. DuBuque, J., entered March 5, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Schindler, JJ.